# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RENSEL & BRIAN KIRSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUIDMASTER, INC.,<br><br>Defendant. | Case No.   SA CV 14-00648 PA (DFMx)<br><br>[DISCOVERY MATTER]<br><br>[~~PROPOSED~~] **PROTECTIVE ORDER REGARDING INADVERTENT DISCLOSURE OF PRIVILEGED OR PROTECTED INFORMATION [FRE 502]**<br><br>Courtroom:       15<br>Judge:              Honorable Percy Anderson<br>Magistrate Judge: Honorable Douglas F. McCormick<br>Complaint Filed: April 24, 2014<br>Trial Date:         None set |

**IT IS HEREBY ORDERED**, good cause appearing, that terms of the Stipulation and [~~Proposed~~] Protective Order Regarding Inadvertent Disclosure of Privileged or Protected Information [FRE 502] as agreed to by the Parties in the above action meets with the approval of the Court and that the Stipulation and Protective Order Regarding Inadvertent Disclosure of Privileged or Protected Information [FRE 502] is **GRANTED**.

DATED:  June 23, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017